RACHEL E. KAUFMAN (SBN 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: 305) 469-5881

Attorneys for Plaintiff and Putative Class

BETY JAVIDZAD (SBN 240598)
bety.javidzad@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

MARK A. SILVER (Admitted *Pro Hac Vice*)
mark.silver@dentons.com
DENTONS US LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308-3265
Telephone: (404) 527-4000
Facsimile: (404) 527-4198

Attorneys for Defendant
ROGER CLEVELAND GOLF COMPANY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REAVES, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER CLEVELAND GOLF COMPANY, INC.,<br><br>Defendant. | No. 8:24-cv-00982-JWH-JDE<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER ON JOINT STIPULATION REQUESTING THE COURT TO CONTINUE THE 9/20 SCHEDULING CONFERENCE AND ALL RELATED DEADLINES [DKT. 21]**<br><br>Complaint Served:  May 14, 2024 |

PLEASE TAKE NOTICE that Plaintiff and Defendant (the "Parties"), hereby lodge a [Proposed] Order on the Joint Stipulation Requesting The Court to Continue the 9/20 Scheduling Conference and All Related Deadlines [Docket 21].

Respectfully submitted,

Dated: September 5, 2024   DENTONS US LLP

By: */s/ Bety Javidzad*
     Bety Javidzad

Attorneys for Defendant

Dated: September 5, 2024   KAUFMAN PA

By: */s/ Rachel Kaufman (w/ permission)*
     Rachel Kaufman

Attorneys for Plaintiff

Pursuant to L.R. 5-4.3.4(a)(2), the filer attests that all signatories listed above concur to the content of this document and have authorized its filing. Counsel for Plaintiff emailed Counsel for Defendant on September 5, 2024, that this Notice of Lodging would be filed.

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

<u>PROOF OF SERVICE</u>

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 601 S. Figueroa Street, Suite 2500, Los Angeles, California 90017.

I hereby certify that on September 5, 2024, I electronically filed the foregoing **NOTICE OF LODGING OF [PROPOSED] ORDER ON JOINT STIPULATION REQUESTING THE COURT TO CONTINUE THE 9/20 SCHEDULING CONFERENCE AND ALL RELATED DEADLINES [DKT. 21]** with the Clerk of the Court using the ECF system which sent notification of such filing to the following parties:

> Rachel E. Kaufman (SBN 259353)
> KAUFMAN P.A.
> 237 South Dixie Highway, 4th Floor
> Coral Gables, FL 33133
> Telephone: (305) 469-5881
> rachel@kaufmanpa.com
> info@kaufmanpa.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 5, 2024 at Los Angeles, California.

*Carrie M. Rice*
_____
Carrie M. Rice